UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                                             :

DIAMOND TUCKER ST. PROPERTY, LLC,       :

                                             :

                  Plaintiff,        :            25-CV-1746 (JMF)

                                             :

        -v-                         :            ORDER

                                           :

FELICIA B. WATSON et al.,               :

                                             :

                  Defendants.     :

                                           :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       In light of Defendants' new motion to dismiss, *see* Docket No. 32, Defendants' earlier motion to dismiss filed at Docket No. 24 is hereby DENIED as moot. Plaintiff's opposition to the new motion to dismiss is due by **September 19, 2025**. Defendants' reply, if any, is due by **September 26, 2025**.

       The Clerk of Court is directed to terminate Docket No. 24.

       SO ORDERED.

Dated: September 8, 2025
       New York, New York

                                    JESSE M. FURMAN
                              United States District Judge